# LAW OFFICE OF MOHAMMED GANGAT

(718) 669-0714 ✦ 675 3rd Ave, Ste 1810, NY, NY 10017 ✦ mgangat@gangatpllc.com

<u>VIA ECF</u>                                                                                   May 1, 2019
Hon. Kevin Nathaniel Fox, U.S.M.J
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      RE:    *Santana v. All Moments Inc. et al.*,
                <u>No. 18-cv-02859-RA-KNF</u>

To the Honorable Judge Fox:

    I am counsel for plaintiffs William Santana and Miguel Fernandez ("Plaintiffs") in the above-referenced action (the "Action"). I submit this letter in response to Your Honor's Order dated April 30, 2019 requiring the parties to file the exhibit referred to as Exhibit D in Docket Entry No. 66. I apologize to the Court for the error. The missing exhibit is being e-filed as an attachment to this letter.

    I thank the Court for its time and consideration.

                                                                                           Respectfully submitted,

                                                                                       */s/Mohammed Gangat*
                                                                                       Mohammed Gangat

    cc: All counsel of record (via ECF)