```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAM SANTANA and MIGUEL FERNANDEZ,
on behalf of themselves and others similarly situated,

                Plaintiffs,

                ORDER

        -against-

                18-CV-2859 (KNF)

ALL MOMENTS INC., HYPERACTIVE CONTENT,
LLC, MORTON JANKEL ZANDER, INC.,
JOHN DOES #1-8,

                Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      In this action brought, pursuant to the Fair Labor Standards Act, the parties have agreed to settle their dispute. The terms and conditions under which the parties agreed to settle their dispute were reduced to a writing, which was submitted to the Court for its review and approval. Thereafter, a conference was held with the parties during which the Court identified certain provisions in the parties' written settlement agreement which had to be modified. The parties have modified their written settlement agreement and have submitted it to the Court for its review. See Docket Entry Nos. 66 and 68.

      Based upon the review of the parties' written settlement agreement, as modified, and the discussions had during the above-noted conference, the Court finds that the settlement is fair and reasonable. Therefore, the Court approves the parties' settlement agreement and dismisses this case with prejudice.

      The Clerk of Court is directed to record this case as closed on the docket sheet.

Dated: New York, New York
       May 8, 2019

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE